RICHARD CLAXTON HALLOCK and Others, Appellants, v. GEORGE BRITTEN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

HOWARD M. WITBECK and Others, Respondents, v. THE NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CHARLES OLMSTEAD, Respondent, v. FRANCES BAILEY, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs, P. J., not voting. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JULIUS POLLACK, Respondent, v. HAWKEYE SECURITIES FIRE INSURANCE COMPANY, DES MOINES, IOWA, Appellant.— Appeal from judgment and order denying motion for new trial upon the minutes dismissed, as a new trial on the ground of newly-discovered evidence has been granted. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ANTHONY G. LEON and Another, as Copartners, Doing Business under the Firm Name and Style of LEON BROTHERS, Respondents, v. CENTRAL OF GEORGIA RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Green v. C., B. & Q. Railway* (205 U. S. 530) and *Davis v. Farmers Co-Operative Co.* (262 id. 312). All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

BENJAMIN L. COWLES and Another, Appellants, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM REESE, Respondent, v. CHARLES DE LORME, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

RUTH JOHNSON, Respondent, v. ANTHONY S. LUNGHINO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

GEORGE B. FERRICK, Respondent, v. BUFFALO AND WILLIAMSVILLE ELECTRIC RAILWAY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ELIZABETH M. FERRICK, Respondent, v. BUFFALO AND WILLIAMSVILLE ELECTRIC RAILWAY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

SALVATORE STAGNITTI, Respondent, v. W. J. BURNS CONSTRUCTION CO., INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

SEWARD S. THOMPSON, Respondent, v. ERNEST I. WHITE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE RHOADES, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.